■ DIANE KIMBROUGH, Respondent, v CITY OF NEW YORK, Defendant, and WESTCHESTER COUNTY et al., Appellants. [616 NYS2d 960] —Order, Supreme Court, Bronx County (Douglas McKeon, J.), entered December 8, 1993, which, insofar as appealed from, denied defendants-appellants' cross motion for summary judgment, unanimously affirmed, without costs.

In this action to recover for injuries allegedly sustained when plaintiff tripped over an obstruction on a public sidewalk as she was about to board a bus operated by defendant common carrier under a contract with defendant County, triable issues of fact exist as to where the obstruction was located, and thus whether the bus operator met his duty of providing a direct, safe route to the bus *(see, Blye v Manhattan & Bronx Surface Tr. Operating Auth.,* 124 AD2d 106, 111-112, *amended* 132 AD2d 478, *affd* 72 NY2d 888). Plaintiff's deposition testimony that the obstruction was located "a little bit in front of the door" of the bus does not necessarily establish that she was provided a direct, safe route to the bus.

We have considered defendants' other arguments and find them to be without merit. Concur—Sullivan, J. P., Carro, Kupferman, Nardelli and Tom, JJ.